AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BARBARA BATTLE, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CA

Case: 1:08-cv-01449
Assigned To : Robertson, James
Assign. Date : 8/20/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)
DISTRICT OF COLUMBIA
Serve: Office of the Attorney General
Judiciary Square
441 4th Street, NW 6th Floor
Washington, DC 20001
To Serve: Peter Nickels, Attorney General

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                **AUG 2 0 2008**
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 8-22-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE | Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Darlene Fields_

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _8-22-08_   _Clarence J. Hayes_
              Date        Signature of Server

_1220 L St NW_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BARBARA BATTLE, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-01449
Assigned To : Robertson, James
Assign. Date : 8/20/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Michelle Rhee
Chancellor, District of Columbia Public Schools
825 North Capitol Street, NE Suite 9026
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**            AUG 2 0 2008

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  8-22-08 |
| NAME OF SERVER *(PRINT)*  Clarence Hayes | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:  Bryant Hines

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-22-08              Clarence J. Hayes
                  Date                   *Signature of Server*

                                    1220 L St NW
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BARBARA BATTLE, et al.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

Case: 1:08-cv-01449
CA  Assigned To : Robertson, James
Assign. Date : 8/20/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia Public Schools  *SERVE! MAYOR FENTY*
1350 Pennsylvania Ave., NW Suite 316
Washington, DC 20004
To Serve: Adrian Fenty, Mayor

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roxanne D. Neloms, Esq.
Domiento C.R. Hill, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005
(202) 742-2000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          AUG 2 0 2008

CLERK                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8-22-08 |
| NAME OF SERVER (PRINT) Clarence Hayes | TITLE | Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tabatha Braxton

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-22-08          *Clarence J. Hayes*
              Date              Signature of Server

              1220 L St. NW
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.